IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-00148-MOC-DSC

| | |
|---|---|
| DEMELYN BOURGEAULT,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC f/k/a<br>LOWE'S HOME CENTERS, INC. and<br>LOWE'S COMPANIES, INC.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court following in camera review of Plaintiff's privilege log and attached documents. Having carefully reviewed Plaintiff's submissions, the Court finds that the documents identified as Bates Numbers 285-414 and 415-418 are not subject to privilege. Plaintiff shall produce them in unredacted form to Defendants within five days of this Order. The remaining documents identified in the privilege log are subject to attorney-client and/or attorney work product privileges. Plaintiff's objection to producing those documents is sustained.

The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 17, 2019

David S. Cayer
United States Magistrate Judge